

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00614-CV

Dennis **BUXTON** and Son Chu Buxton,
Appellants

v.

**UNITED SERVICES AUTOMOBILE ASSOCIATION** and Reed Whiting,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-20679
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the motion to dismiss filed by appellants Dennis Buxton and Son Chu Buxton is **GRANTED** and this appeal is **DISMISSED**.

We order that appellees United Services Automobile Association and Reed Whiting recover their costs of this appeal, if any, from appellants.

SIGNED August 26, 2020.

Beth Watkins, Justice